IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| RENATA LUISA SILVA PISCETTA O'KEEFE, ET AL. | § § § | |
| V. | § § | CIVIL ACTION NO. G-05-688 |
| NOBLE DRILLING CORPORATION, ET AL. | § § § | |

## ORDER

On March 25, 2008, this Court conducted a Hearing on the Motion to Compel (Instrument no. 117) of the Noble Defendants. The Court, having considered the Motion and heard arguments of counsel is of the opinion that the Motion should be **GRANTED in part and DENIED in part**.

It is **ORDERED** that Schlumberger Limited **SHALL on or before March 28, 2008**, provide the following information to the Noble Defendants:

1. The identity of the Schlumberger Limited entity, if any, which oversaw the Latin-American GEO Market from 2000 through 2003.

2. The corporate entity charged with the oversight responsibility of the Latin-American GEO Market from 2002 through 2003.

3. The incorporated entity, if any, currently charged with the oversight responsibility of the Latin-American GEO Market.

4. The Chief Executive Officer who has access to knowledge of the day-to-day operations of Schlumberger Servicos de Petroleo, Ltda.

5. The owner of the stock of Schlumberger Servicos de Petroleo, Ltda.

6. Whether there is a wire-line tool school and if so, its location.

7. Whether there is a directional drilling school and if so, its location.

8. Whether there is a training school for Reservoir Engineers.

9. Who or what entity drafted the policies for determining the fitness for duty of those employees of Schlumberger Servicos de Petroleo, Ltda., assigned to work on its offshore drilling rigs.

10. The content of the pre-screening exam for field employees of Schlumberger Servicos de Petroleo, Ltda.

11. Whether there are any policies or criteria in place that would suggest that people with certain hereditary conditions not be deployed offshore by Schlumberger Servicos de Petroleo, Ltda.

12. The monetary intervention level of Schlumberger Limited's management of the major projects of its subsidiaries and whether that intervention level is contained in any written policy.

13. Whether the agendas, if any, for meetings of the managers, CEO and heads of the business units of the Schlumberger Servicos de Petroleo, Ltda., is published in advance of any such meetings and maintained following the completion of the meetings.

It is further **ORDERED** that the Noble Defendants **SHALL** file their response to the Motion to Dismiss, or alternatively, Motion for Summary Judgment (Instrument no. 91) of Schlumberger Limited and Schlumberger Technology Corporation on or before **April 11, 2008**.

It is further **ORDERED** that Schlumberger Limited and Schlumberger Technology Corporation **SHALL** file their reply, if any, to the Noble Defendants' response on or before **April 25, 2008**.

It is further **ORDERED** that the Noble Defendants Request for the imposition of Sanctions (Instrument no. 117) is **DENIED**, at this time, subject to reconsideration if the information herein Ordered produced is not timely disclosed.

It is further **ORDERED** that the Motion for Expedited/Emergency Hearing (Instrument no. 118) on the above Motion to Compel of the Noble Defendants is **DENIED as moot**.

**DONE** at Galveston, Texas, this ____25th____ day of March, 2008.

John R. Froeschner
United States Magistrate Judge